*In re* MIGUEL A. LABORDE FREYRE.

*Número:* AB-2002-236          *Resuelto:* 23 de enero de 2004

*Miguel A. Laborde Freyre*, abogado peticionario.

## RESOLUCIÓN

En cuanto a la moción titulada Moción Informativa en Cumplimiento de Orden, el Tribunal se da por enterado. Vista la moción para la reinstalación del Lcdo. Miguel A. Laborde Freyre a la abogacía, *se concede dicha solicitud.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*